

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-20-00032-CV

**IN RE** Denise Marie **RAMOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

On January 21, 2020, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of two trial settings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for a stay is denied as moot. This court's opinion will issue at a later date.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-21009, styled *In the Matter of the Marriage of Denise Marie Ramos and Reynaldo Esparaza, Jr.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.